Southern District of Texas
US Bankruptcy Court
PO Box 61288
Houston, Tx 77208

**UNITED STATES BANKRUPTCY COURT**

---

Case Number:

02-32375-H4-7

IN RE (NAME OF DEBTOR and SS or Tax ID Number)

Rodney D. Stout

SSN: 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

**United States Bankruptcy Court**
**Southern District of Texas**
**ENTERED**

**NOV 0 1 2002**

**Michael N. Milby, Clerk**

**FINAL DECREE**

The estate of the above-named debtor has been fully administered.

_____   The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

✔   Lowell T. Cage
_____
(name of trustee)
is discharged as trustee of the estate of the above-named debtor and the bond is cancelled;

✔   the chapter __7__ case of the above-named debtor is closed; and

✔   (other provisions as needed).

November 1, 2002

Date                                          **UNITED STATES BANKRUPTCY JUDGE**