Southern District of Texas
US Bankruptcy Court
PO Box 61288
Houston, Tx 77208

**UNITED STATES BANKRUPTCY COURT**

**Case Number:**

02-32375-H4-7

United States Bankruptcy Court
Southern District of Texas
ENTERED

NOV 0 1 2002

Michael N. Milby, Clerk

### IN RE (NAME OF DEBTOR and SS or Tax ID Number)

Rodney D. Stout

SSN: 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

**FINAL DECREE**

The estate of the above-named debtor has been fully administered.

_____   The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

✔   Lowell T. Cage
_____   _____
(name of trustee)
is discharged as trustee of the estate of the above-named debtor and the bond is cancelled:

✔   the chapter __7__ case of the above-named debtor is closed; and

✔   (other provisions as needed).

November 1, 2002
_____          _____
**Date**                                          **UNITED STATES BANKRUPTCY JUDGE**

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE  OF  SERVICE

```
District/off: 0541-4        User: bsch              Page 1 of 1                    Date Rcvd: Nov 01, 2002
Case: 02-32375              Form ID: PDF            Total Served: 4


The following entities were served by first class mail on Nov 03, 2002.
db        Rodney D Stout,   2100 Tanglewilde #424,   Houston, TX  77063
aty       Vicky M Fealy,    2550 N Loop W,   Ste 860,   Houston, TX  77092
tr        Lowell T Cage,    5851 San Felipe,   Suite 950,   Houston, TX  77057
pty       US Trustee,   Office of the U S Trustee,   515 Rusk Ave,   Ste 3516,   Houston, TX  77002

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pty*      Rodney D Stout,   2100 Tanglewilde #424,   Houston, TX  77063
                                                                          TOTALS: 0, * 1
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Nov 03, 2002                    Signature:   _Joseph Speetjens_